Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

RAND ROSENZWEIG RADLEY & GORDON, LLP.
VS.
WILLIAM FROST, ET ANNO.

INDEX#08CIV.6291

New York, New York:SS

JERRY MOSIO, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
 That Deponent enclosed a copy of SUMMONS;
NOTICE OF PETITION AND VERIFIED PETITION;
ECF RULES;
JUDGE ROBINSON'S INDIVIDUAL PRACTICES. in postpaid wrappers, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to **ZLETOVO ZINC, LTD.** on 7/22/08 at ONE CAPITAL PLACE P.O.BOX 897
GEORGETOWN, GRAND CAYMAN, BWI and deposited said wrappers under the exclusive care and custody of the United States Postal Service within the State of New York.
  / / Mailing was sent via standard first class mail.
  / /  Mailing was sent via certified mail return receipt requested
  /X/ **Mailing was sent via registered mail, return receipt requested**
REGISTERED #:re072859964us

45/ PS 7-08-113.
SWORN TO BEFORE ME THIS
23 DAY OF July/08

*[Notary signature: Julius D. Ringelheim]*
*[Notary seal: JULIUS D. RINGELHEIM, NO. 01RI4387686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11, NOTARY PUBLIC STATE OF N.Y.]*

*[Signature: J. Mosio]*
License # 1208712

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 6291                                             Purchased/Filed: July 11, 2008

STATE OF NEW YORK       UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

*Rand Roswnzweig Radley & Gordon LLP*                                              Plaintiff

against

*William Frost, et ano*                                                           Defendant

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

_____ Diane Koehler _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __ July 21, 2008 __, at __ 2:00pm __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Notice of Petition and Verified Petition with Exhibits with Electronic Case Filing Instructions and Judges Rules on _____ Zletovo Zinc, LTD. _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 1 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section __ 307 Business Corporation Law __.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __ 28 __   Approx. Wt: __ 200 __   Approx. Ht: __ 6'0" __
Color of skin: __ White __   Hair color: __ Brown __   Sex: __ M __   Other: _____

Sworn to before me on this
24th day of _____ July, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Diane Koehler

Invoice•Work Order # SP0806997

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**