RAND ROSENZWEIG
 RADLEY & GORDON LLP
Charles L. Rosenzweig, Esq. (CR 7622)
Michèle L. Hamburg, Esq. (MH 3824)
Attorneys for Plaintiffs
50 Main Street, 12th Floor
White Plains, New York 10606
(914) 406-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN THE MATTER OF THE ARBITRATION BETWEEN           ECF CASE

RAND ROSENZWEIG                                    CASE NO. 08 CV 6291 (SCR)
RADLEY & GORDON LLP
                        PETITIONER,
     -AND-                                         NOTICE OF PETITION

WILLIAM FROST
AND
ZLETOVO ZINC, LTD.
                        RESPONDENTS.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned will move the Court, before the Hon. Stephen C. Robinson, U.S.D.J., at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, on August 18, 2008 at 9:30 am, or at such other time and/or date as the court may specify, for an Order confirming the Award of the Arbitrator (the "Award") rendered pursuant to the Commercial Arbitration Rules of the American Arbitration Association ("AAA") on June 10, 2008, in the case entitled *Rand Rosenzweig Radley & Gordon LLP and William Frost and Zletovo Zinc, Ltd.* (Case No. 13 194 01819 07).

**PLEASE TAKE FURTHER NOTICE** that, affidavits in opposition to the instant petition, and any other papers in opposition to the instant petition are to be served on the undersigned not later ten (10) business days after service of the within papers.

Dated: White Plains, New York
       July 14, 2008

                                        RAND ROSENZWEIG
                                          RADLEY & GORDON LLP

                                        By: _____
                                        Charles L. Rosenzweig (CR 7622)
                                        *Attorneys for Petitioners*
                                        50 Main Street, 12th Floor
                                        White Plains, NY 10606
                                        (914) 406-7000

TO:    William Frost
          2125 Tanglewood NE
          St. Petersburg, FL 33702
          and
          Zletovo Zinc, Ltd.
          c/o William Frost
          2125 Tanglewood NE
          St. Petersburg, FL 33702