Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

RAND ROSENZWEIG RADLEY & GORDON, LLP.

VS.                                                        INDEX#08CIV.6291

WILLIAM FROST, ET ANNO.

State of _Florida_, County of _Pinellas_ SS:

I, _Claude E. Lavaron, 111_ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is

_P.O. Box 22124, St. Peteraburg, FL 33702_ (server's address).

That on the _23rd_ day of _July_, 200_8_ at _12:35p_.M.(time of service)

Deponent served the annexed:
**SUMMONS;**
**NOTICE OF PETITION AND VERIFIED PETITION;**
**ECF RULES;**
**JUDGE ROBINSON'S INDIVIDUAL PRACTICES.**

at: _2125 Tanglewood Northeast, St. Petersburg, Florida_
upon **WILLIAM FROST** by:
/ /delivering thereat a true copy to:

_____ (name of accepter), personally.

( ) Deponent asked the person spoken to whether WILLIAM FROST was in the military service of the u.s. government and was told that WILLIAM FROST was not.
( ) At the time of service deponent rang the door bell and/or knocked on the door, but received no reply.

/X affixing a true copy to the door of said premises:

After reasonable application, deponent was unable with due diligence to find WILLIAM FROST or a person of suitable age and discretion who was willing to accept service, visiting there on

ATTEMPT 1 __7-17-08 6:30 PM__   ATTEMPT 2 __7-17-08 11:10 AM__

ATTEMPT 3 __7-19-08 7:50 AM__   ATTEMPT 4 __7-22-08 7:00 AM__

Deponent describes the individual who accepted service as follows:

age:____ sex:____ skin color:_____ approx. height:_____

approx. weight:_____ lbs.

_____

SERVER

45/ PS 7-08-112.
SWORN TO BEFORE ME THIS
23  DAY OF July, 2008

Personally known to me

_____
Notary Public/Florida

Notary Public State of Florida
Francis E Borza Jr
My Commission DD793604
Expires 06/28/2012

**Essential Services Group**
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone: (212) 760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

---

RAND ROSENZWEIG RADLEY & GORDON, LLP.
VS.
WILLIAM FROST, ET ANNO.

INDEX#08CIV.6291

---

New York, New York: SS

**J STANLEY ROLLERSON**, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.

That Deponent enclosed a copy of **SUMMONS;**
**NOTICE OF PETITION AND VERIFIED PETITION;**
**ECF RULES;**
**JUDGE ROBINSON'S INDIVIDUAL PRACTICES.** in postpaid wrappers, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to **WILLIAM FROST** on 7/24/08 at **2125 TANGLEWOOD NE ST. PETERSURG, FL 33702** and deposited said wrappers under the exclusive care and custody of the United States Postal Service within the State of New York.

/ X /   **Mailing was sent via standard first class mail**.
/   /   Mailing was sent via certified mail, return receipt requested
/   /   Mailing was sent via registered mail, return receipt requested

45/ PS 7-08-112.
SWORN TO BEFORE ME THIS
29 DAY OF July /08

*[signature]*

*[signature]* 0873955
J STANLEY ROLLERSON