Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

RAND ROSENZWEIG RADLEY & GORDON, LLP.
VS.
WILLIAM FROST, ET ANNO.

INDEX#08CIV.6291

New York, New York:SS

JERRY MOSIO, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   That Deponent enclosed a copy of SUMMONS;
NOTICE OF PETITION AND VERIFIED PETITION;
ECF RULES;
JUDGE ROBINSON'S INDIVIDUAL PRACTICES. in postpaid wrappers, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to **ZLETOVO ZINC, LTD.** on 7/22/08 at ONE CAPITAL PLACE P.O.BOX 897
GEORGETOWN, GRAND CAYMAN, BWI and deposited said wrappers under the exclusive care and custody of the United States Postal Service within the State of New York.
   / / Mailing was sent via standard first class mail.
   / / Mailing was sent via certified mail return receipt requested
   /X/ **Mailing was sent via registered mail, return receipt requested**
REGISTERED #:re072859964us

45/ PS 7-08-113.
SWORN TO BEFORE ME THIS
23 DAY OF July/08

*Julius D. Ringelheim* (notary seal: JULIUS D. RINGELHEIM, NO. 01RI4387686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11, NOTARY PUBLIC STATE OF N.Y.)

J. Mosio
License # 1208712

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 6291                                                             Purchased/Filed: July 11, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT

                        *Rand Roswnzweig Radley & Gordon LLP*                       Plaintiff

                                          against

                                 *William Frost, et ano*                           Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ Diane Koehler _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ July 21, 2008 ___, at ___ 2:00pm ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Notice of Petition and Verified Petition with Exhibits with Electronic Case Filing Instructions and Judges Rules                                                                                          on

_____ Zletovo Zinc, LTD. _____, the Defendant in this action, by delivering to and leaving with ___ Chad Matice ___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___ 1 ___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section ___ 307 Business Corporation Law ___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___ 28 ___   Approx. Wt: ___ 200 ___   Approx. Ht: ___ 6'0" ___
Color of skin: ___ White ___   Hair color: ___ Brown ___   Sex: ___ M ___   Other: ___

Sworn to before me on this
24th day of ___ July, 2008 ___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Diane Koehler

Invoice•Work Order # SP0806997

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**